UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,
In The Matter of extradition of
The Republic of Colombia,

                      Case No. 05-21915-Civ-DUBE

                Plaintiff,

vs.                    MIAMI, *FLORIDA*
                        May 25, 2006

SARKIS GARABET SOGHANALIAN,

                Defendant.

TRANSCRIPT OF STATUS CONFERENCE HEARING
BEFORE THE HONORABLE ROBERT L. DUBE,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                BY: SUSAN R. OSBORNE, A.U.S.A.
                *United States Attorney's Office*
                99 N.E. 4th Street
                Miami, Florida  33132

FOR THE DEFENDANT:

                *Federal Public Defender's Office*
                BY:  PAUL M. RASHKIND, A.F.P.D.
                150 W. Flagler Street
                Miami, Florida 33131

REPORTED BY:        JERALD M. MEYERS, RPR-CM
                Miami, FL  33128-7797

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

### CASE NO. 05-21915-CV-DUBE
### DE#38

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
   consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☒ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____