**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
05 - 21915
**CASE NO.05-2191 CIV-DUBE**

NIGHT BOX
FILED

SEP 0 7 2006

CLARENCE MADDOX
CLERK USDC / SDFL / MIA

UNITED STATES OF AMERICA

vs.

SARKIS GARBET SOGHANALIAN,

　　　　　Defendant.
_____/

**GOVERNMENT'S RESPONSE**

Comes now the United States by and through the undersigned Assistant United States Attorney who for response to Defendant's Motion to Dismiss Extradition Proceeding, says as follows:

1.　　　The United States respectfully requests that the order of dismissal in this case be granted with out prejudice.

Respectfully submitted

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By:　　_____

BENJAMIN DANIEL
Assistant United States Attorney
Florida Bar No. 140247
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9023
Fax: (305) 530-7976
*Email: Benjamin.Daniel@usdoj.gov*

Rec'd in MIA Dkt 9/13/06

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was and mailed this 7th day of September , 2006, to: Paul Rashkind, AFPD , 150 West Flagler Street, Miami Florida 33130  Ste 1500

BENJAMIN DANIEL
ASSISTANT U.S. ATTORNEY

2