UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-21915-CIV-DUBÉ

IN THE MATTER OF THE
EXTRADITION OF
SARKIS GARABET SOGHANALIAN,
_____/

### ORDER ON MOTION TO DISMISS EXTRADITION PROCEEDING

THIS CAUSE is before the Court on the Motion to Dismiss Extradition Proceeding (D.E. #39). After reviewing the motion, the response by the Government (D.E. #41) and the file in this cause, it is **ORDERED AND ADJUDGED** as follows:

The Motion to Dismiss Extradition Proceeding (D.E. #39) is **GRANTED**. The pending extradition warrant and proceeding is hereby **DISMISSED without prejudice** and this case is **CLOSED**.

**DONE AND ORDERED** this \_\_15\_\_ day of September, 2006.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE

cc:  Benjamin Daniel, AUSA
     Paul Rashkind, AFPD
     Pretrial Services